**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LUIGI GIROTTO,     CASE NO: 1:21-cv-00500-MKV

    Plaintiff,

vs.

ROTHY'S, INC., a Delaware corporation,
d/b/a ROTHY'S, and 407 BLEECKER
STREET LLC, a New York limited liability
company,

    Defendants.
_____/

## JOINT STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Luigi Girotto, and Defendant Rothy's, Inc. that:

1. Plaintiff hereby voluntarily strikes/withdraws sub-paragraphs (iv), (v) and (vi) of Paragraph 16, in Count I, of the Complaint [D.E. 1]. All other portions of the Complaint shall continue and remain, therein, as pleaded and alleged.

2. Defendant, Rothy's, Inc., hereby voluntarily withdraws its previous request regarding its filing of a Motion to Dismiss [D.E. 16], and further hereby agrees not to file a Motion to Dismiss the Complaint [D.E. 1] pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: This 24th day of May, 2021.

| | |
|---|---|
| By: */s/ B. Bradley Weitz* | By: */s/ Jennifer S. Rusie* |
| B. Bradley Weitz, Esq. | Jennifer S. Rusie, Esq. |
| THE WEITZ LAW FIRM, P.A. | Ogletree Deakins |
| 18305 Biscayne Blvd., Suite 214 | 401 Commerce Street, Suite 1200 |
| Aventura, FL 33160 | Nashville, TN 37219 |
| Telephone: (305) 949-7777 | Telephone: (615) 687-2223 |
| Facsimile: (305) 704-3877 | Fax: (615) 254-1908 |
| E-mail: RJM@weitzfirm.com | Email: jennifer.rusie@odnss.com |
| *Attorney for Plaintiff* | *Attorney for Defendant, Rothy's, Inc.* |

**SO ORDERED:**

_____
**Hon. Mary Kay Vyskocil, U.S.D.J.**