

Seyfarth Shaw LLP

620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

jmontag@seyfarth.com
T (212) 218-5598

www.seyfarth.com

May 13, 2021

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/28/2021
```

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Luigi Girotto v. Rothy's, Inc., et al.,* Case No. 1:21-cv-00500-MKV

Dear Judge Vyskocil:

We have been retained to represent defendant 407 Bleecker Street LLC ("407 Bleecker") in the above-referenced action.  We respectfully submit this letter, with the consent of Plaintiff's counsel, asking this Court to accept 407 Bleecker's belated appearance in this action.  In accordance with Your Honor's Order of this date (Document 17), and upon the Court's approval, if Plaintiff elects not to amend his complaint, 407 Bleecker will answer or file a motion to dismiss by June 3, 2021.  If Plaintiff elects to amend the complaint, 407 Bleecker will timely respond.  A copy of 407 Bleecker's appearance is being simultaneously filed.

It is respectfully requested that the Court So Order this letter.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Jerry A. Montag*
Jerry A. Montag

cc:   All counsel of record (via ECF)

70662506v.1

---

This request to appear belatedly in this action is GRANTED.

Date:  May 28, 2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge